IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

    Plaintiff,

v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

Case No. 22-cv-04396-CRB

**ORDER DISMISSING CASE**

On August 23, 2022, the Court dismissed all claims in Plaintiff's initial complaint in this action and ordered the clerk not to file Plaintiff's amended complaint. See Order to Clerk Not to File Proposed Amended Complaint and Dismissing Initial Complaint (dkt. 10). Plaintiff was ordered to file his amended complaint within fourteen days, and that failure to do so would result in dismissal under Federal Rule of Civil Procedure 41(b). Id. It has now been seven weeks since that deadline. Accordingly, this case is DISMISSED with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 24, 2022



CHARLES R. BREYER
United States District Judge